**United States District Court**

## Violation Notice

(Rev. 1/201?)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A 107 | 9689985 | TOBIN | 1201 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense 18:44 | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 12/24/2019 | 36 CFR 2.35(c) |

Place of Offense

Grand Canyon NP SUPAI LOOP

Offense Description: Factual Basis for Charge | HAZMAT

Under the influence of Alcohol or Controlled Substance

### DEFENDANT INFORMATION
Phone

| Last Name | First Name | M.I. |
|---|---|---|
| SIYUJA | Jennifer | Leann |

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Grand Canyon | AZ | 86023 | 1980 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| D03959277 | | AZ | 393 |

☑ Adult ☐ Juvenile | Sex ☐ Male ☑ Female | Hair BK | Eyes brn | Height 5'0 | Weight 230

| VEHICLE | VIN: | | | | CMV ☐ |
|---|---|---|---|---|---|
| Tag No. | State AZ | Year 05 | Make/Model Dodge Car | PASS ☐ | Color Red |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☑ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Arrest

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____ Forfeiture Amount

+ $30 Processing Fee

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

TO DISCUSS PRE-TRIAL OPTIONS:
JENNIFER VANDRAGT
(928)556-5011

Date

Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy



*9689985*

19-04368MJ-001-PCT-CDB

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 24th, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona.

I, U.S Park Ranger, Leah Tobin #1201, while on duty within the jurisdictional boundaries of the Grand Canyon National Park, Coconino County, Arizona.At approximately 18:44, I received a call from dispatch for a suspected person driving under the influence of alcohol at Supai Camp Loop Road. The vehicle had hit a building and almost hit a second building and was currently stuck in the snow off the road.

I responded with Officers Hodgson and Heller to Supai Camp Loop. Upon arrival to Supai Loop we were met by the reporting party, Giovanna Whitaker, in front of cabin #10. Whitaker stated that her neighbor Jennifer SIYUJA, the female in the red Dodge Caravan, had gotten her vehicle stuck in the snow after hitting a building and nearly hitting a second one. SIYUJA was reported as being belligerent and yelling profanities at her son and neighbor. We could hear SIYUJA yelling from 200 feet away.

As we approached the scene I observed fresh jagged tire tracks through the snow. They went off the roadway to the left and ran next to building # 17, which had obvious damage. At the end of the tracks was a red Dodge caravan bearing Nevada plate (                    he vehicle was registered to Jennifer Leann SIYUJA out of Grand Canyon National Park. It was off the roadway and visibly stuck in the snow. The vehicle was running, the gas pedal was being depressed with the tires continually spinning in place. The tires were dug several inches into the dirt and a log was under the driver's side of the vehicle. I watched the vehicle's reverse lights turn on and heard the engine as the gas pedal was being depressed. There was obvious driver's side damage to the caravan, several long scratches down the driver's side with a larger area at the driver's door.

Two male individuals were near the vehicle stating that there was a log under the vehicle and they needed assistance getting the vehicle unstuck. The males were identified as juvenile Desman Siyuja, the son of the driver, and Lawrence Watahomigie known as "Junior" a neighbor who resides at Supai Camp # 14.

All individuals are known to law enforcement and considered locals who live within Grand Canyon National Park at Supai

Camp. SIYUJA was seated in the driver's seat with the vehicle on and in reverse with her foot on the gas as we approached. SIYUJA was yelling and screaming profanities with slurred speech at the two males. The son attempted to talk with SIYUJA and calm her down, however she continued to use profanity and yell at the juvenile. SIYUJA screamed "I hate you", "Fuck you", "No, you did this to me" at her son.

SIYUJA continued yelling and screaming profanities with slurred speech. Rangers gave her numerous commands to turn the vehicle off, she did not comply. Officer Heller reached in and turned the vehicle off. Rangers then gave SIYUJA commands to get out of the vehicle and she did not make any motion to exit the vehicle and said "No" several times. I observed a strong odor of alcohol coming from SIYUJA. Officer Heller, Hodgson and I removed SIYUJA with physical control from the vehicle through the driver's side door by grabbing her arms and pulling, and pushing from behind. SIYUJA resisted and fought with officers while being placed in hand cuffs by bracing her arms and pulling them away from officer's grips. We placed SIYUJA in handcuffs behind her back. SIYUJA did not comply with any commands to stand or walk and we had to carry her away from the vehicle into an open area to conduct a search incident to arrest. Officers carried SIYUJA to the back door of a caged police vehicle and attempted to place her in the back. SIYUJA actively resisted being placed into the vehicle by bracing her upper body and legs against the door frame as she was pushed and pulled into the vehicle. Throughout the contact SIYUJA continued yelling and screaming profanities with slurred speech.

SIYUJA was transported to station one for post arrest intoxication screening and processing. SIYUJA refused to provide a breath sample and a blood draw warrant was then requested and obtained by Officer Heller.

SIYUJA requested to use the bathroom, she was accompanied by two female officers, myself and Officer ORFE. SIYUJA was escorted into the bathroom, handcuffs were removed to allow her to use the facilities. Just after washing her hands and prior to cuffs being placed back on, SIYUJA punched me with a closed fist in the right side of my head. Orfe and I grabbed SIYUJA's hands and pinned her into the wall and counter to gain physical control. We placed SIYUJA back in handcuffs in the rear. With the assistance of other officers we transferred her to a medical gurney with cuffs in front and soft restraints.

Officer Hovanec conducted the DUI processing, and blood draw.
SIYUJA actively resisted the blood draw by flexing and moving
her arms resulting in minor bleeding secondary to the needle
being removed. Throughout the blood draw process SIYUJA
continued yelling and screaming profanities with slurred speech.

I issued SIYUJA a federal violation notice for 36 CFR 2.35 (c)
under the influence of alcohol or a controlled substance

CBV Location Code: A107
Violation Number: 9689985
Case number: NP19203623

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set
forth above and on the face of this violation notice is true and correct to
the best of my knowledge.

Executed on: ___12/24/2019___    _____
                Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___12/25/2019___    _Camille D Bibles_
                Date (mm/dd/yyyy)          U.S. Magistrate Judge

**United States District Court**

## Violation Notice

(Rev. 1/201

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9689987 | TOBIN | 1201 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense 18:44 | Offense Charged ☐CFR ☐ USC ☐ State Code |
|---|---|
| 12/24/2019 | 36 CFR 4.22(b)(3) |

Place of Offense

Grand Canyon NP Supai Loop

Offense Description: Factual Basis for Charge                    ☐ HAZMAT

Failure to maintain control
of a motor vehicle

---

### DEFENDANT INFORMATION    Phone

| Last Name | First Name | M.I. |
|---|---|---|
| SIYUJA | Jennifer | Lean |

Street Address

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Grand Canyon | AZ | 86023 | /198 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | 7393 |

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female   Hair BLK   Eyes Brn   Height 5'0   Weight 230

### VEHICLE    VIN:                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | Z | 05 | Dodge Cart | | Red |

---

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Arrest

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov** →

| | |
|---|---|
| $ | Forfeiture Amount |
| | + $30 Processing Fee |
| $ | Total Collateral Due |

---

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| TO DISCUSS PRE-TRIAL OPTIONS: JENNIFER VANDRAGT (928)556-5011 | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9689987*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 24th, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona.

I, U.S Park Ranger, Leah Tobin #1201, while on duty within the jurisdictional boundaries of the Grand Canyon National Park, Coconino County, Arizona. At approximately 18:44 I received a call from dispatch for a suspected person driving under the influence of alcohol at Supai Camp Loop Road.  The vehicle had hit a building and almost hit a second building and was currently stuck in the snow off the road.

I responded with Officers Hodgson and Heller to Supai Camp Loop. Upon arrival to Supai Loop we were met by the reporting party, Giovanna Whitaker, in front of cabin #10. Whitaker stated that her neighbor Jennifer SIYUJA, the female in the red Dodge Caravan, had gotten her vehicle stuck in the snow after hitting a building and nearly hitting a second one. SIYUJA was reported as being belligerent and yelling profanities at her son and neighbor. We could hear SIYUJA yelling from 200 feet away.

As we approached the scene I observed fresh jagged tire tracks through the snow. They went off the roadway to the left and ran next to building # 17, which had obvious damage.  At the end of the tracks was a red Dodge caravan bearing Nevada plate               The vehicle was registered to Jennifer Leann SIYUJA out of Grand Canyon National Park. It was off the roadway and visibly stuck in the snow.  The vehicle was running, the gas pedal was being depressed with the tires continually spinning in place. The tires were dug several inches into the dirt and a log was under the driver's side of the vehicle. I watched the vehicle's reverse lights turn on and heard the engine as the gas pedal was being depressed. There was obvious driver's side damage to the caravan, several long scratches down the driver's side with a larger area at the driver's door.

Two male individuals were near the vehicle stating that there was a log under the vehicle and they needed assistance getting the vehicle unstuck. The males were identified as juvenile Desman Siyuja, the son of the driver, and Lawrence Watahomigie known as "Junior" a neighbor who resides at Supai Camp # 14.

All individuals are known to law enforcement and considered locals who live within Grand Canyon National Park at Supai

Camp. SIYUJA was seated in the driver's seat with the vehicle on and in reverse with her foot on the gas as we approached. SIYUJA was yelling and screaming profanities with slurred speech at the two males. The son attempted to talk with SIYUJA and calm her down, however she continued to use profanity and yell at the juvenile. SIYUJA screamed "I hate you", "Fuck you", "No, you did this to me" at her son.

SIYUJA continued yelling and screaming profanities with slurred speech. Rangers gave her numerous commands to turn the vehicle off, she did not comply. Officer Heller reached in and turned the vehicle off. Rangers then gave SIYUJA commands to get out of the vehicle and she did not make any motion to exit the vehicle and said "No" several times. I observed a strong odor of alcohol coming from SIYUJA. Officer Heller, Hodgson and I removed SIYUJA with physical control from the vehicle through the driver's side door by grabbing her arms and pulling, and pushing from behind. SIYUJA resisted and fought with officers while being placed in hand cuffs by bracing her arms and pulling them away from officer's grips. We placed SIYUJA in handcuffs behind her back. SIYUJA did not comply with any commands to stand or walk and we had to carry her away from the vehicle into an open area to conduct a search incident to arrest. Officers carried SIYUJA to the back door of a caged police vehicle and attempted to place her in the back. SIYUJA actively resisted being placed into the vehicle by bracing her upper body and legs against the door frame as she was pushed and pulled into the vehicle. Throughout the contact SIYUJA continued yelling and screaming profanities with slurred speech.

SIYUJA was transported to station one for post arrest intoxication screening and processing. SIYUJA refused to provide a breath sample and a blood draw warrant was then requested and obtained by Officer Heller.

SIYUJA requested to use the bathroom, she was accompanied by two female officers, myself and Officer ORFE. SIYUJA was escorted into the bathroom, handcuffs were removed to allow her to use the facilities. Just after washing her hands and prior to cuffs being placed back on, SIYUJA punched me with a closed fist in the right side of my head. Orfe and I grabbed SIYUJA's hands and pinned her into the wall and counter to gain physical control. We placed SIYUJA back in handcuffs in the rear. With the assistance of other officers we transferred her to a medical gurney with cuffs in front and soft restraints.

Officer Hovanec conducted the DUI processing, and blood draw.
SIYUJA actively resisted the blood draw by flexing and moving
her arms resulting in minor bleeding secondary to the needle
being removed. Throughout the blood draw process SIYUJA
continued yelling and screaming profanities with slurred speech.

I issued SIYUJA a federal violation notice for 36 CFR 4.22 (b)(3)
Failure to maintain control of a motor vehicle.

CBV Location Code: A107
Violation Number: 9689987
Case number: NP19203623

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set
forth above and on the face of this violation notice is true and correct to
the best of my knowledge.

Executed on: __12|24|2019__    _____
           Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __12/25/2019__    *Camille D Bibles*
           Date (mm/dd/yyyy)     U.S. Magistrate Judge

**United States District Court**
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9689988 | TOBIN | 1761 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☑CFR □USC □State Code |
|---|---|
| 1844 12/24/2019 | 36 CFR 4.23(a)(1) |

Place of Offense

SUPAI LOOP                                              GRCA

Offense Description: Factual Basis for Charge                        HAZMAT □

Operating a motor vehicle
while under the influence
of Alcohol/Drugs

### DEFENDANT INFORMATION | Phone

| Last Name | First Name | M.I. |
|---|---|---|
| SIYUJA | JENNIFE | L |

Street Address

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| GRAND CANYON | AZ | 86023 | 2/1980 |

| Drivers License No | CDL □ | D.L. State | Social Security No | |
|---|---|---|---|---|
| D03959279 | | AZ | | 3 |

| ☑Adult □ Juvenile | Sex □ Male ☑Female | Hair BLK | Eyes BRN | Height 5-0 | Weight 230 |
|---|---|---|---|---|---|

### VEHICLE | VIN:                                               CMV □

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| | AZ | 05 | DODGE VAN | | RED |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| ARREST | $ Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT** www.cvb.uscourts.gov → | $ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| TO DISCUSS PRE-TRIAL OPTIONS: JENNIFER VANDRAGT (928)556-5011 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy



*9689988*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 24th, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona.

I, U.S Park Ranger, Leah Tobin #1201, while on duty within the jurisdictional boundaries of the Grand Canyon National Park, Coconino County, Arizona. At approximately 18:44 I received a call from dispatch for a suspected person driving under the influence of alcohol at Supai Camp Loop Road. The vehicle had hit a building and almost hit a second building and was currently stuck in the snow off the road.

I responded with Officers Hodgson and Heller to Supai Camp Loop. Upon arrival to Supai Loop we were met by the reporting party, Giovanna Whitaker, in front of cabin #10. Whitaker stated that her neighbor Jennifer SIYUJA, the female in the red Dodge Caravan, had gotten her vehicle stuck in the snow after hitting a building and nearly hitting a second one. SIYUJA was reported as being belligerent and yelling profanities at her son and neighbor. We could hear SIYUJA yelling from 200 feet away.

As we approached the scene I observed fresh jagged tire tracks through the snow. They went off the roadway to the left and ran next to building # 17, which had obvious damage. At the end of the tracks was a red Dodge caravan bearing Nevada plate ˉhe vehicle was registered to Jennifer Leann SIYUJA out of Grand Canyon National Park. It was off the roadway and visibly stuck in the snow. The vehicle was running, the gas pedal was being depressed with the tires continually spinning in place. The tires were dug several inches into the dirt and a log was under the driver's side of the vehicle. I watched the vehicle's reverse lights turn on and heard the engine as the gas pedal was being depressed. There was obvious driver's side damage to the caravan, several long scratches down the driver's side with a larger area at the driver's door.

Two male individuals were near the vehicle stating that there was a log under the vehicle and they needed assistance getting the vehicle unstuck. The males were identified as juvenile Desman Siyuja, the son of the driver, and Lawrence Watahomigie known as "Junior" a neighbor who resides at Supai Camp # 14.

All individuals are known to law enforcement and considered locals who live within Grand Canyon National Park at Supai

Camp. SIYUJA was seated in the driver's seat with the vehicle on and in reverse with her foot on the gas as we approached. SIYUJA was yelling and screaming profanities with slurred speech at the two males. The son attempted to talk with SIYUJA and calm her down, however she continued to use profanity and yell at the juvenile. SIYUJA screamed "I hate you", "Fuck you", "No, you did this to me" at her son.

SIYUJA continued yelling and screaming profanities with slurred speech. Rangers gave her numerous commands to turn the vehicle off, she did not comply. Officer Heller reached in and turned the vehicle off. Rangers then gave SIYUJA commands to get out of the vehicle and she did not make any motion to exit the vehicle and said "No" several times. I observed a strong odor of alcohol coming from SIYUJA. Officer Heller, Hodgson and I removed SIYUJA with physical control from the vehicle through the driver's side door by grabbing her arms and pulling, and pushing from behind. SIYUJA resisted and fought with officers while being placed in hand cuffs by bracing her arms and pulling them away from officer's grips. We placed SIYUJA in handcuffs behind her back. SIYUJA did not comply with any commands to stand or walk and we had to carry her away from the vehicle into an open area to conduct a search incident to arrest. Officers carried SIYUJA to the back door of a caged police vehicle and attempted to place her in the back. SIYUJA actively resisted being placed into the vehicle by bracing her upper body and legs against the door frame as she was pushed and pulled into the vehicle. Throughout the contact SIYUJA continued yelling and screaming profanities with slurred speech.

SIYUJA was transported to station one for post arrest intoxication screening and processing. SIYUJA refused to provide a breath sample and a blood draw warrant was then requested and obtained by Officer Heller.

SIYUJA requested to use the bathroom, she was accompanied by two female officers, myself and Officer ORFE. SIYUJA was escorted into the bathroom, handcuffs were removed to allow her to use the facilities. Just after washing her hands and prior to cuffs being placed back on, SIYUJA punched me with a closed fist in the right side of my head. Orfe and I grabbed SIYUJA's hands and pinned her into the wall and counter to gain physical control. We placed SIYUJA back in handcuffs in the rear. With the assistance of other officers we transferred her to a medical gurney with cuffs in front and soft restraints.

Officer Hovanec conducted the DUI processing, and blood draw.
SIYUJA actively resisted the blood draw by flexing and moving
her arms resulting in minor bleeding secondary to the needle
being removed. Throughout the blood draw process SIYUJA
continued yelling and screaming profanities with slurred speech.

I issued SIYUJA a federal violation notice for 36 CFR 4.23 (a)(1)
operating a motor vehicle while under the influence of alcohol or
drugs.

CBV Location Code: A107
Violation Number: 9689988
Case number: NP19203623

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set
forth above and on the face of this violation notice is true and correct to
the best of my knowledge.

Executed on: ___12 | 24 | 2019___    _____
             Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___12/25/2019___    *Camille D Bibles*
             Date (mm/dd/yyyy)      U.S. Magistrate Judge

United States District Court
**Violation Notice**

(Rev. 1/201

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9689989 | TOBIN | 1201 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/24/2019  18:44 | 36 CFR 4.23(c)(2) |

Place of Offense

Grand Canyon NP  SUPAI LOOP

Offense Description: Factual Basis for Charge                         HAZMAT

Refusal to submit to test

### DEFENDANT INFORMATION          Phone

| Last Name | First Name | M.I. |
|---|---|---|
| SI-YUJA | Jennifer | Leanr |

Street Address

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Grand Canyon | AZ | 86023 | 1980 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
|  |  | AZ | 7393 |

| ☐ Adult  ☐ Juvenile | Sex ☐ Male ☐ Female | Hair Brn | Eyes Brn | Height 50 | Weight 230 |
|---|---|---|---|---|---|

| VEHICLE | | | | CMV ☐ |
|---|---|---|---|---|

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | AZ | 05 | Dodge CAR | | Red |

### APPEARANCE IS REQUIRED          APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Arrest

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov**

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| TO DISCUSS PRE-TRIAL OPTIONS: JENNIFER VANDRAGT (928)556-5011 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature

Original - CVB Copy

*9689989*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 24th, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona.

I, U.S Park Ranger, Leah Tobin #1201, while on duty within the jurisdictional boundaries of the Grand Canyon National Park, Coconino County, Arizona. At approximately 18:44 I received a call from dispatch for a suspected person driving under the influence of alcohol at Supai Camp Loop Road.  The vehicle had hit a building and almost hit a second building and was currently stuck in the snow off the road.

I responded with Officers Hodgson and Heller to Supai Camp Loop. Upon arrival to Supai Loop we were met by the reporting party, Giovanna Whitaker, in front of cabin #10. Whitaker stated that her neighbor Jennifer SIYUJA, the female in the red Dodge Caravan, had gotten her vehicle stuck in the snow after hitting a building and nearly hitting a second one. SIYUJA was reported as being belligerent and yelling profanities at her son and neighbor. We could hear SIYUJA yelling from 200 feet away.

As we approached the scene I observed fresh jagged tire tracks through the snow. They went off the roadway to the left and ran next to building # 17, which had obvious damage.  At the end of the tracks was a red Dodge caravan bearing Nevada plate (           `he vehicle was registered to Jennifer Leann SIYUJA out of Grand Canyon National Park. It was off the roadway and visibly stuck in the snow.  The vehicle was running, the gas pedal was being depressed with the tires continually spinning in place. The tires were dug several inches into the dirt and a log was under the driver's side of the vehicle. I watched the vehicle's reverse lights turn on and heard the engine as the gas pedal was being depressed. There was obvious driver's side damage to the caravan, several long scratches down the driver's side with a larger area at the driver's door.

Two male individuals were near the vehicle stating that there was a log under the vehicle and they needed assistance getting the vehicle unstuck. The males were identified as juvenile Desman Siyuja, the son of the driver, and Lawrence Watahomigie known as "Junior" a neighbor who resides at Supai Camp # 14.

All individuals are known to law enforcement and considered locals who live within Grand Canyon National Park at Supai

Camp. SIYUJA was seated in the driver's seat with the vehicle on and in reverse with her foot on the gas as we approached. SIYUJA was yelling and screaming profanities with slurred speech at the two males. The son attempted to talk with SIYUJA and calm her down, however she continued to use profanity and yell at the juvenile. SIYUJA screamed "I hate you", "Fuck you", "No, you did this to me" at her son.

SIYUJA continued yelling and screaming profanities with slurred speech. Rangers gave her numerous commands to turn the vehicle off, she did not comply. Officer Heller reached in and turned the vehicle off. Rangers then gave SIYUJA commands to get out of the vehicle and she did not make any motion to exit the vehicle and said "No" several times. I observed a strong odor of alcohol coming from SIYUJA. Officer Heller, Hodgson and I removed SIYUJA with physical control from the vehicle through the driver's side door by grabbing her arms and pulling, and pushing from behind. SIYUJA resisted and fought with officers while being placed in hand cuffs by bracing her arms and pulling them away from officer's grips. We placed SIYUJA in handcuffs behind her back. SIYUJA did not comply with any commands to stand or walk and we had to carry her away from the vehicle into an open area to conduct a search incident to arrest. Officers carried SIYUJA to the back door of a caged police vehicle and attempted to place her in the back. SIYUJA actively resisted being placed into the vehicle by bracing her upper body and legs against the door frame as she was pushed and pulled into the vehicle. Throughout the contact SIYUJA continued yelling and screaming profanities with slurred speech.

SIYUJA was transported to station one for post arrest intoxication screening and processing. SIYUJA refused to provide a breath sample and a blood draw warrant was then requested and obtained by Officer Heller.

SIYUJA requested to use the bathroom, she was accompanied by two female officers, myself and Officer ORFE. SIYUJA was escorted into the bathroom, handcuffs were removed to allow her to use the facilities. Just after washing her hands and prior to cuffs being placed back on, SIYUJA punched me with a closed fist in the right side of my head. Orfe and I grabbed SIYUJA's hands and pinned her into the wall and counter to gain physical control. We placed SIYUJA back in handcuffs in the rear. With the assistance of other officers we transferred her to a medical gurney with cuffs in front and soft restraints.

Officer Hovanec conducted the DUI processing, and blood draw.
SIYUJA actively resisted the blood draw by flexing and moving
her arms resulting in minor bleeding secondary to the needle
being removed. Throughout the blood draw process SIYUJA
continued yelling and screaming profanities with slurred speech.

I issued SIYUJA a federal violation notice for 36 CFR 4.23 (c)(2)
refusal to submit to post arrest intoxication screening test

CBV Location Code: A107
Violation Number: 9689989
Case number: NP19203623

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set
forth above and on the face of this violation notice is true and correct to
the best of my knowledge.

Executed on: 12/24/2019
_____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 12/25/2019   *Camille D Bibles*
_____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

**United States District Court**
**Violation Notice**

(Rev. 1/2011)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9689990 | TOBIN | 1201 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense 18:44  Offense Charged ☑CFR ☐USC ☐State Code
12/24/2019    36 CFR 4.14(b)

Place of Offense
Grand Canyon NP  Supai Loop

Offense Description: Factual Basis for Charge                HAZMAT ☐
Carrying/ Storing open Container
Alcoholic Beverage within a motor
vehicle

DEFENDANT INFORMATION  Phone

Last Name  SIYJA   First Name Jennifer  M.I. Leann

Street

City Grand Canyon  State AZ  Zip Code 86023  Date of Birth 2/198_

CDL ☐ D.L. State AZ  Social Security No. ___-__-7393

☑Adult ☐Juvenile  Sex ☐Male ☑Female  Hair Blk  Eyes brn  Height 5'0  Weight 230

VEHICLE

VIN:   State AZ  Year 05  Make/Model Dodge Car  PASS ☐  Color Red

APPEARANCE IS REQUIRED

A ☑ If Box A is checked, you must appear in court. See instructions.

Arrest

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address  TO DISCUSS PRE-TRIAL OPTIONS:  Date
JENNIFER VANDRAGT
(928)556-5011  Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9689990*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 24th, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona.

I, U.S Park Ranger, Leah Tobin #1201, while on duty within the jurisdictional boundaries of the Grand Canyon National Park, Coconino County, Arizona. At approximately 18:44 I received a call from dispatch for a suspected person driving under the influence of alcohol at Supai Camp Loop Road. The vehicle had hit a building and almost hit a second building and was currently stuck in the snow off the road.

I responded with Officers Hodgson and Heller to Supai Camp Loop. Upon arrival to Supai Loop we were met by the reporting party, Giovanna Whitaker, in front of cabin #10. Whitaker stated that her neighbor Jennifer SIYUJA, the female in the red Dodge Caravan, had gotten her vehicle stuck in the snow after hitting a building and nearly hitting a second one. SIYUJA was reported as being belligerent and yelling profanities at her son and neighbor. We could hear SIYUJA yelling from 200 feet away.

As we approached the scene I observed fresh jagged tire tracks through the snow. They went off the roadway to the left and ran next to building # 17, which had obvious damage. At the end of the tracks was a red Dodge caravan bearing Nevada plate (          . The vehicle was registered to Jennifer Leann SIYUJA out of Grand Canyon National Park. It was off the roadway and visibly stuck in the snow. The vehicle was running, the gas pedal was being depressed with the tires continually spinning in place. The tires were dug several inches into the dirt and a log was under the driver's side of the vehicle. I watched the vehicle's reverse lights turn on and heard the engine as the gas pedal was being depressed. There was obvious driver's side damage to the caravan, several long scratches down the driver's side with a larger area at the driver's door.

Two male individuals were near the vehicle stating that there was a log under the vehicle and they needed assistance getting the vehicle unstuck. The males were identified as juvenile Desman Siyuja, the son of the driver, and Lawrence Watahomigie known as "Junior" a neighbor who resides at Supai Camp # 14.

All individuals are known to law enforcement and considered locals who live within Grand Canyon National Park at Supai

Camp. SIYUJA was seated in the driver's seat with the vehicle on and in reverse with her foot on the gas as we approached. SIYUJA was yelling and screaming profanities with slurred speech at the two males. The son attempted to talk with SIYUJA and calm her down, however she continued to use profanity and yell at the juvenile. SIYUJA screamed "I hate you", "Fuck you", "No, you did this to me" at her son.

SIYUJA continued yelling and screaming profanities with slurred speech. Rangers gave her numerous commands to turn the vehicle off, she did not comply. Officer Heller reached in and turned the vehicle off. Rangers then gave SIYUJA commands to get out of the vehicle and she did not make any motion to exit the vehicle and said "No" several times. I observed a strong odor of alcohol coming from SIYUJA. Officer Heller, Hodgson and I removed SIYUJA with physical control from the vehicle through the driver's side door by grabbing her arms and pulling, and pushing from behind. SIYUJA resisted and fought with officers while being placed in hand cuffs by bracing her arms and pulling them away from officer's grips. We placed SIYUJA in handcuffs behind her back. SIYUJA did not comply with any commands to stand or walk and we had to carry her away from the vehicle into an open area to conduct a search incident to arrest. Officers carried SIYUJA to the back door of a caged police vehicle and attempted to place her in the back. SIYUJA actively resisted being placed into the vehicle by bracing her upper body and legs against the door frame as she was pushed and pulled into the vehicle. Throughout the contact SIYUJA continued yelling and screaming profanities with slurred speech.

SIYUJA was transported to station one for post arrest intoxication screening and processing. SIYUJA refused to provide a breath sample and a blood draw warrant was then requested and obtained by Officer Heller.

SIYUJA requested to use the bathroom, she was accompanied by two female officers, myself and Officer ORFE. SIYUJA was escorted into the bathroom, handcuffs were removed to allow her to use the facilities. Just after washing her hands and prior to cuffs being placed back on, SIYUJA punched me with a closed fist in the right side of my head. Orfe and I grabbed SIYUJA's hands and pinned her into the wall and counter to gain physical control. We placed SIYUJA back in handcuffs in the rear. With the assistance of other officers we transferred her to a medical gurney with cuffs in front and soft restraints.

Officer Hovanec conducted the DUI processing, and blood draw.
SIYUJA actively resisted the blood draw by flexing and moving
her arms resulting in minor bleeding secondary to the needle
being removed. Throughout the blood draw process SIYUJA
continued yelling and screaming profanities with slurred speech.

I issued SIYUJA a federal violation notice for 36 CFR 4.14 (b)
carrying/storing open container of alcoholic beverage within a
motor vehicle.

CBV Location Code: A107
Violation Number: 9689990
Case number: NP19203623

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set
forth above and on the face of this violation notice is true and correct to
the best of my knowledge.

Executed on:  12/24/2019                         _____
                 Date (mm/dd/yyyy)                    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 12/25/2019    Camille D Bibles
                 Date (mm/dd/yyyy)       U.S. Magistrate Judge

United States District Court

## Violation Notice

(Rev. 1/2015)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9689902 | L TOBIN | 201 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 12/24/2019  1844 | 36 CFR 2.34 (a)(3)  GRCA |

Place of Offense

SUPAI LOOP

Offense Description: Factual Basis for Charge                HAZMAT ☐

DISORDERLY CONDUCT —
UNREASONABLE NOISE

### DEFENDANT INFORMATION      Phone. (

| Last Name | First Name | M.I. |
|---|---|---|
| SIYUJA | JENNIFER | L |

Street Address

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| GRAND CANYON | AZ | 86023 | 2/1980 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| D03959279 | | AZ | 37393 |

| ☒Adult ☐ Juvenile | Sex ☐ Male ☒Female | Hair BLK | Eyes BRN | Height 5-0 | Weight 230 |
|---|---|---|---|---|---|

### VEHICLE     VIN:                              CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 05 | DODGE VAN | | RED |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

ARREST

| | |
|---|---|
| | $ _____ Forfeiture Amount |
| **PAY THIS AMOUNT AT** **www.cvb.uscourts.gov** → | + $30 Processing Fee |
| | $ _____ **Total Collateral Due** |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9689902*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 24th, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona.

I, U.S Park Ranger, Leah Tobin #1201, while on duty within the jurisdictional boundaries of the Grand Canyon National Park, Coconino County, Arizona. At approximately 18:44 I received a call from dispatch for a suspected person driving under the influence of alcohol at Supai Camp Loop Road. The vehicle had hit a building and almost hit a second building and was currently stuck in the snow off the road.

I responded with Officers Hodgson and Heller to Supai Camp Loop. Upon arrival to Supai Loop we were met by the reporting party, Giovanna Whitaker, in front of cabin #10. Whitaker stated that her neighbor Jennifer SIYUJA, the female in the red Dodge Caravan, had gotten her vehicle stuck in the snow after hitting a building and nearly hitting a second one. SIYUJA was reported as being belligerent and yelling profanities at her son and neighbor. We could hear SIYUJA yelling from 200 feet away.

As we approached the scene I observed fresh jagged tire tracks through the snow. They went off the roadway to the left and ran next to building # 17, which had obvious damage. At the end of the tracks was a red Dodge caravan bearing Nevada plate ___ ___. ie vehicle was registered to Jennifer Leann SIYUJA out of Grand Canyon National Park. It was off the roadway and visibly stuck in the snow. The vehicle was running, the gas pedal was being depressed with the tires continually spinning in place. The tires were dug several inches into the dirt and a log was under the driver's side of the vehicle. I watched the vehicle's reverse lights turn on and heard the engine as the gas pedal was being depressed. There was obvious driver's side damage to the caravan, several long scratches down the driver's side with a larger area at the driver's door.

Two male individuals were near the vehicle stating that there was a log under the vehicle and they needed assistance getting the vehicle unstuck. The males were identified as juvenile Desman Siyuja, the son of the driver, and Lawrence Watahomigie known as "Junior" a neighbor who resides at Supai Camp # 14.

All individuals are known to law enforcement and considered locals who live within Grand Canyon National Park at Supai

Camp. SIYUJA was seated in the driver's seat with the vehicle on and in reverse with her foot on the gas as we approached. SIYUJA was yelling and screaming profanities with slurred speech at the two males. The son attempted to talk with SIYUJA and calm her down, however she continued to use profanity and yell at the juvenile. SIYUJA screamed "I hate you", "Fuck you", "No, you did this to me" at her son.

SIYUJA continued yelling and screaming profanities with slurred speech. Rangers gave her numerous commands to turn the vehicle off, she did not comply. Officer Heller reached in and turned the vehicle off. Rangers then gave SIYUJA commands to get out of the vehicle and she did not make any motion to exit the vehicle and said "No" several times. I observed a strong odor of alcohol coming from SIYUJA. Officer Heller, Hodgson and I removed SIYUJA with physical control from the vehicle through the driver's side door by grabbing her arms and pulling, and pushing from behind. SIYUJA resisted and fought with officers while being placed in hand cuffs by bracing her arms and pulling them away from officer's grips. We placed SIYUJA in handcuffs behind her back. SIYUJA did not comply with any commands to stand or walk and we had to carry her away from the vehicle into an open area to conduct a search incident to arrest. Officers carried SIYUJA to the back door of a caged police vehicle and attempted to place her in the back. SIYUJA actively resisted being placed into the vehicle by bracing her upper body and legs against the door frame as she was pushed and pulled into the vehicle. Throughout the contact SIYUJA continued yelling and screaming profanities with slurred speech.

SIYUJA was transported to station one for post arrest intoxication screening and processing. SIYUJA refused to provide a breath sample and a blood draw warrant was then requested and obtained by Officer Heller.

SIYUJA requested to use the bathroom, she was accompanied by two female officers, myself and Officer ORFE. SIYUJA was escorted into the bathroom, handcuffs were removed to allow her to use the facilities. Just after washing her hands and prior to cuffs being placed back on, SIYUJA punched me with a closed fist in the right side of my head. Orfe and I grabbed SIYUJA's hands and pinned her into the wall and counter to gain physical control. We placed SIYUJA back in handcuffs in the rear. With the assistance of other officers we transferred her to a medical gurney with cuffs in front and soft restraints.

Officer Hovanec conducted the DUI processing, and blood draw.
SIYUJA actively resisted the blood draw by flexing and moving
her arms resulting in minor bleeding secondary to the needle
being removed. Throughout the blood draw process SIYUJA
continued yelling and screaming profanities with slurred speech.

I issued SIYUJA a federal violation notice for 36 CFR 2.34 (a)(3)
Disorderly conduct- unreasonable noise

CBV Location Code: A107
Violation Number: 9689902
Case number: NP19203623

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set
forth above and on the face of this violation notice is true and correct to
the best of my knowledge.

Executed on: ___12_/_24_/_2019___    _____
                Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __12/25/2019__    *Camille D Bibles*
                Date (mm/dd/yyyy)        U.S. Magistrate Judge

United States District Court

## Violation Notice

(Rev. 1/2015)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A107 | 9689904 | TOBIN | 1201 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☑CFR ☐ USC ☐ State Code |
|---|---|
| 12/24/2019  18:44 | 36 CFR 2.32(a)(1) |

Place of Offense

Grand Canyon NP Supai Loop

Offense Description: Factual Basis for Charge                    HAZMAT

Interfering with agency function — Interference

### DEFENDANT INFORMATION    Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| SIYUJA | Jennifer | Leann |

Street Address

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Grand Canyon | AZ | 86023 | 1980 |

| License No | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
|  |  | AZ | 7373 |

| ☐ Adult ☐ Juvenile | Sex ☐ Male ☑ Female | Hair BK | Eyes Brn | Height 50 | Weight 230 |
|---|---|---|---|---|---|

### VEHICLE    VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | AZ | 05 | Dodge Car |  | Red |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions.   Arrest | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Forfeiture Amount   + $30  Processing Fee   $ _____ Total Collateral Due |

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X  Defendant Signature

Original - CVB Copy

*9689904*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 24th, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona.

I, U.S Park Ranger, Leah Tobin #1201, while on duty within the jurisdictional boundaries of the Grand Canyon National Park, Coconino County, Arizona. At approximately 18:44 I received a call from dispatch for a suspected person driving under the influence of alcohol at Supai Camp Loop Road. The vehicle had hit a building and almost hit a second building and was currently stuck in the snow off the road.

I responded with Officers Hodgson and Heller to Supai Camp Loop. Upon arrival to Supai Loop we were met by the reporting party, Giovanna Whitaker, in front of cabin #10. Whitaker stated that her neighbor Jennifer SIYUJA, the female in the red Dodge Caravan, had gotten her vehicle stuck in the snow after hitting a building and nearly hitting a second one. SIYUJA was reported as being belligerent and yelling profanities at her son and neighbor. We could hear SIYUJA yelling from 200 feet away.

As we approached the scene I observed fresh jagged tire tracks through the snow. They went off the roadway to the left and ran next to building # 17, which had obvious damage. At the end of the tracks was a red Dodge caravan bearing Nevada plate . The vehicle was registered to Jennifer Leann SIYUJA out of Grand Canyon National Park. It was off the roadway and visibly stuck in the snow. The vehicle was running, the gas pedal was being depressed with the tires continually spinning in place. The tires were dug several inches into the dirt and a log was under the driver's side of the vehicle. I watched the vehicle's reverse lights turn on and heard the engine as the gas pedal was being depressed. There was obvious driver's side damage to the caravan, several long scratches down the driver's side with a larger area at the driver's door.

Two male individuals were near the vehicle stating that there was a log under the vehicle and they needed assistance getting the vehicle unstuck. The males were identified as juvenile Desman Siyuja, the son of the driver, and Lawrence Watahomigie known as "Junior" a neighbor who resides at Supai Camp # 14.

All individuals are known to law enforcement and considered locals who live within Grand Canyon National Park at Supai

Camp. SIYUJA was seated in the driver's seat with the vehicle on and in reverse with her foot on the gas as we approached. SIYUJA was yelling and screaming profanities with slurred speech at the two males. The son attempted to talk with SIYUJA and calm her down, however she continued to use profanity and yell at the juvenile. SIYUJA screamed "I hate you", "Fuck you", "No, you did this to me" at her son.

SIYUJA continued yelling and screaming profanities with slurred speech. Rangers gave her numerous commands to turn the vehicle off, she did not comply. Officer Heller reached in and turned the vehicle off. Rangers then gave SIYUJA commands to get out of the vehicle and she did not make any motion to exit the vehicle and said "No" several times. I observed a strong odor of alcohol coming from SIYUJA. Officer Heller, Hodgson and I removed SIYUJA with physical control from the vehicle through the driver's side door by grabbing her arms and pulling, and pushing from behind. SIYUJA resisted and fought with officers while being placed in hand cuffs by bracing her arms and pulling them away from officer's grips. We placed SIYUJA in handcuffs behind her back. SIYUJA did not comply with any commands to stand or walk and we had to carry her away from the vehicle into an open area to conduct a search incident to arrest. Officers carried SIYUJA to the back door of a caged police vehicle and attempted to place her in the back. SIYUJA actively resisted being placed into the vehicle by bracing her upper body and legs against the door frame as she was pushed and pulled into the vehicle. Throughout the contact SIYUJA continued yelling and screaming profanities with slurred speech.

SIYUJA was transported to station one for post arrest intoxication screening and processing. SIYUJA refused to provide a breath sample and a blood draw warrant was then requested and obtained by Officer Heller.

SIYUJA requested to use the bathroom, she was accompanied by two female officers, myself and Officer ORFE. SIYUJA was escorted into the bathroom, handcuffs were removed to allow her to use the facilities. Just after washing her hands and prior to cuffs being placed back on, SIYUJA punched me with a closed fist in the right side of my head. Orfe and I grabbed SIYUJA's hands and pinned her into the wall and counter to gain physical control. We placed SIYUJA back in handcuffs in the rear. With the assistance of other officers we transferred her to a medical gurney with cuffs in front and soft restraints.

Officer Hovanec conducted the DUI processing, and blood draw.
SIYUJA actively resisted the blood draw by flexing and moving
her arms resulting in minor bleeding secondary to the needle
being removed. Throughout the blood draw process SIYUJA
continued yelling and screaming profanities with slurred speech.

I issued SIYUJA a federal violation notice for 36 CFR 2.32 (a)(1)
interfering with agency function

CBV Location Code: A107
Violation Number: 9689904
Case number: NP19203623

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set
forth above and on the face of this violation notice is true and correct to
the best of my knowledge.

Executed on: _____12|24|2019_____       _____
                  Date (mm/dd/yyyy)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __12/25/2019__   Camille D Bibles
                  Date (mm/dd/yyyy)         U.S. Magistrate Judge